Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jose Mendoza-Ruelas

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
(The Honorable Rosanna Malouf Peterson)

| | |
|---|---|
| United States of America, | No. 4:21-CR-6028-RMP-1 |
| Plaintiff, | |
| v. | **Notice to Join in Co-Defendant's Motion to Continue and Expedite** |
| Jose Mendoza-Ruelas, | |
| Defendant. | |

Jose Mendoza-Ruelas, through his attorney, Alex B. Hernandez III, for the Federal Defenders of Eastern Washington and Idaho gives notice that he joins co-defendant, Oscar Chavez-Garcia's, motion to continue and expedite (ECF #52) for the reasons set forth in the motion.

Dated: August 20, 2021.

//

Notice to Join - 1

Respectfully Submitted,

s/Alex B. Hernandez, III
Alex B. Hernandez, III, 21807
Attorney for Jose Mendoza-Ruelas
Federal Defenders of Eastern
Washington and Idaho, Attorneys for
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

CERTIFICATE OF SERVICE

I certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Stephanie A. Van Marter, Assistant United States Attorney and attorneys for the co-defendants.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Jose Mendoza-Ruelas