UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jose Mendoza-Ruelas<br><br>　　　　　Defendant. | No. 4-CR-21-6028-RMP-1<br><br><br>WAIVER OF SPEEDY TRIAL |

　　I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from ___9-27-2021___ to ___2-07-22___. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

I certify I reviewed this document with Mr. Mendoz-Ruelas in Spanish and he indicated he understood his right to a speedy trial. Mr. Mendoza-Ruelas authorized me to place his typed signature on this document. /s/ Alex B. Hernandez, Attorney

/s/ Jose Mendoza-Ruelas
　　　　　Defendant

Date: 8-19-21

　　Alex B. Hernandez
Printed Name of Attorney

/s/ Alex B. Hernandez
　　Counsel for Defendant

Date: 8-19-21

_____
　　　Interpreter

WAIVER OF SPEEDY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney and attorneys for the co-defendants

s/Alex B. Hernandez, III<br>
Alex B. Hernandez III, 21807<br>
Attorney for Jose Mendoza-Ruelas

WAIVER OF SPEEDY TRIAL - 2