FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs. Jose Mendoza-Ruelas<br><br><br>Defendant. | No. 4:21-CR-6028-RMP-1<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from __11/8/2021__ to __3/14/2022__. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: __10/19/2021__

__Nick Mirr__
Printed Name of Attorney

_____
Counsel for Defendant

Date: __10/19/2021__

_____
Interpreter

WAIVER OF SPEEDY TRIAL