

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Jose Mendoza-Ruelas

United States District Court
Eastern District of Washington
Honorable Mary K. Dimke

| United States, | No. 4:21-CR-6028-RMP-1 |
|---|---|
| Plaintiff, | Motion to Expedite |
| v. | |
| Jose Mendoza-Ruelas, | November 18, 2021 – 2:30 p.m. |
| Defendant. | Yakima—Without Oral Argument |

1  Jose Mendoza-Ruelas, by and through his attorney, Nick Mirr, for the Federal
2  Defenders of Eastern Washington and Idaho, hereby moves this Court to consider on
3  an expedited basis his Motion to Reopen Detention Hearing and for Order of Release.
4  For the reasons stated in Mr. Mendoza-Ruelas's motion, and because the government
5  has no objection to the matter being heard on November 18, 2021 at 2:30pm, Mr.
6  Mendoza-Ruelas respectfully requests that the Court hear this matter on an expedited
7  basis pursuant to LCivR 7(i)(2)(C).

8

9

10

11

12

13

14

15

16

17

18

19

Dated: November 12, 2021.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Jose Mendoza-Ruelas

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

Service Certificate

I certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Stephanie A. Van Marter.

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org