

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Jose Mendoza-Ruelas

United States District Court
Eastern District of Washington
Honorable Mary K. Dimke

| United States, | No. 4:21-CR-6028-MKD-1 |
|---|---|
| Plaintiff, | Motion to Join in Continuance |
| v. | February 7, 2022 – 6:30 p.m. |
| Jose Mendoza-Ruelas, | Yakima—Without Oral Argument |
| Defendant. | |

1    Jose Mendoza-Ruelas, by and through counsel, hereby moves this Court to join

2  in codefendant Chavez-Duran's Motion to Continue Pretrial, Trial and Extend

3  Deadlines (ECF No. 103). Co-counsel Ben Hernandez discussed the requested

4  continuance with Mr. Mendoza-Ruelas, who has no objection to a continuance or to

5  the proposed dates. Accordingly, Mr. Mendoza-Ruelas moves to join codefendant

6  Chavez-Duran's motion.

7

Dated: January 27, 2022.

8                                    Federal Defenders of Eastern Washington & Idaho
                                     Attorneys for Jose Mendoza-Ruelas
9
                                     s/ Nick Mirr
10                                   Nick Mirr, AT0014467
                                     306 E. Chestnut Ave.
11                                   Yakima, Washington 98901
                                     t: (509) 248-8920
12                                   nick_mirr@fd.org

13

14

15

16

17

18

19

1

Service Certificate

2        I certify that on January 27, 2022, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF System, which will notify Assistant United

4   States Attorneys: Stephanie A. Van Marter as well as counsel for codefendants.

5                                          s/ Nick Mirr
                                           Nick Mirr, AT0014467
6                                          306 E. Chestnut Ave.
                                           Yakima, Washington 98901
7                                          t: (509) 248-8920
                                           nick_mirr@fd.org

8

9

10

11

12

13

14

15

16

17

18

19