Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-cr-06028-MKD |
| Plaintiff, | **RESPONSE TO DEFENDANT'S MOTION TO CONTINUE PRETRIAL, TRIAL AND EXTEND DEADLINES** |
| v. | |
| JOSE MENDOZA-RUELAS, OSCAR CHAVEZ-GARCIA, JOEL CHAVEZ-DURAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Response to Defendant's Motion to Continue Pretrial, Trial and Extend Deadlines in response to the Defendant's Motion to Continue Trial at ECF No. 103:

The United States has no objection to Defendant's motion to continue trial and agrees with the proposed scheduling order, with the following edits and/or additions. The United States requests that it be afforded two weeks to respond to any Pre-Trial Motions filed given the number of defendants and complexity of the case. The United States therefore requests the Court to add a response date of April 14, 2022, and a reply if needed, for April 22, 2022.

UNITED STATES' NOTICE OF CONSENT TO APPEAR BY VIDEO - 1

Additionally, the United States requests that trial briefs, jury instructions, proposed verdict forms, and voir dire be provided to the Court May 13, 2022, and that the Exhibit Binders be due the same day as the JERS deadline of May 17, 2022. These dates can also be addressed if there is any disagreement at the Pre-trial conference.

The United States apologizes to the Court and counsel as the assigned AUSA did not see Mr. Pechtel's email inquiring about the continuance prior to his filing of the motion. The assigned AUSA is in agreement with the continuance.

    Vanessa R. Waldref
    United States Attorney

    *s/ Stephanie Van Marter*
    Stephanie Van Marter
    Assistant U.S. Attorney

UNITED STATES' NOTICE OF CONSENT TO APPEAR BY VIDEO - 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ben Hernandez, III
ben_hernandez@fd.org

Nick Mirr
nick_mirr@fd.org

Roger Peven
rjpeven@gmail.com

Adam Pechtel
adam@pechtellaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

UNITED STATES' NOTICE OF CONSENT TO APPEAR BY VIDEO - 3