UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Jose Mendoza-Ruelas,<br><br>                Defendant. | NO: 4-CR-21-6028-MKD<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

      My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of <u>March 14, 2022</u> to a date no later than <u>May 23, 2022</u> for the following reasons pursuant to 18 U.S.C. § 3161: <u>My attorney and I are still reviewing the evidence and police reports. I need more time to discuss my case with my attorney and prepare my case for trial. Please continue my trial.</u>

      I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

      I declare under penalty of perjury that the foregoing is true and correct.

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

_____
Defendant  *AB for Jose Mendoza-Ruelos per Jose Mendoza-Ruelos authorization*
Date: 2-14-2022

I have read this form and discussed its contents with my client.

_____
Counsel for Defendant
Date: 2-14-2022

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

_____
Interpreter
Date: 2/14/2022

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2