# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE MENDOZA-RUELAS,<br><br>　　　　　　　　　　Defendant. | Case No. 4:21-CR-6028-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  2/14/2022<br><br>LOCATION:  Richland<br><br>**PRETRIAL CONFERENCE** |

| | | | |
|---|---|---|---|
| | | JUDGE MARY K DIMKE | |
| Linda Hansen<br>**Courtroom Deputy** | LC 03<br>**Law Clerk** | Natalia Rivera<br>**Interpreter** | Ronelle Corbey<br>**Court Reporter** |
| Stephanie A Van Marter<br>**Plaintiff's Counsel** | | Ben Hernandez and Nick Mirr<br>**Defendant's Counsel** | |

**[ X ] Open Court – Video Conference**　　　　　　**[ ] Probation:**

Defendant is present by video conference from the Yakima County Jail, in custody of the US Marshal; and assisted by a Federally Certified Spanish Interpreter.  All counsel present via video conference.

The defendant agreed to conduct the hearing via video conference.  No objection by the parties to conducting the hearings individually.

Motion before the Court:  ECF No. 104, Motion to Join in Continuance re: Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions, ECF No. 103.

Nick Mirr addressed the Court regarding the motion to continue and advised there is no objection to adjusting dates in the Case Management Order as requested by the Government.

The Court confirmed that the defendant agrees to the continuance and has executed a written waiver of speedy trial, which has been filed at ECF No. 113.

　The Court GRANTED the defendant's motion for continuance, making ends of justice findings.
　　　　The Trial of 3/14/2022 is STRICKEN and RESET to 5/23/2022 at 9:00 AM in Richland
　　　　A Pretrial Conference is set for 5/5/2022 at 1:30 PM in Richland.

| | | | |
|---|---|---|---|
| **CONVENED:** 9:47 AM | **ADJOURNED:** 9:57 AM | **TIME:** 10 MINS | **[ X ] ORDER FORTHCOMING** |