Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jose Mendoza-Ruelas

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(The Honorable Mary K. Dimke)

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Jose Mendoza-Ruelas,<br><br>　　　　　　　　Defendant. | No. 4:21-CR-6028-MKD-1<br><br>**Response to Co-Defendant Leticia Rodriguez' Motion to Continue** |

　　　Jose Mendoza-Ruelas, through his attorney, Alex B. Hernandez, for the Federal Defenders of Eastern Washington and Idaho, does not object to Co-Defendant Leticia Rodriguez' motion to continue the trial date to July 25, 2022. ECF No. 188. Mr. Mendoza-Ruelas, however, requests he be permitted to appear by video at the pretrial conference set for May 5, 2022. Mr. Mendoza-Ruelas is currently in the Yakima County Jail, and was permitted by jail personnel to work as a trustee. His appearance at the pretrial conference will require the U.S. Marshals to transport him to the Benton County Jail, and he will not be permitted to work as a trustee at the Benton County Jail.

//

Dated: March 22, 2022.

Respectfully Submitted,

s/Alex B. Hernandez, III
Alex B. Hernandez, III, 21807
Attorney for Jose Mendoza-Ruelas
Federal Defenders of Eastern
Washington and Idaho, Attorneys for
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

**Certificate of Service**

I certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Stephanie A. Van Marter, Assistant United States Attorney and attorneys for the co-defendants.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Jose Mendoza-Ruelas